**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1626**

ANGELA GEORGES,

Plaintiff - Appellant,

v.

DOMINION PAYROLL SERVICES, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:16-cv-00777-MHL)

Submitted:  February 1, 2019                    Decided:  February 7, 2019

Before MOTZ and DUNCAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jameson Alec Goodell, Paul L. Warren, WARREN PLC, Norfolk, Virginia, for Appellant.  Brian G. Muse, Faith A. Alejandro, SANDS ANDERSON PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Georges appeals the district court's order granting summary judgment in favor of the Appellee on Georges' claim alleging age discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Georges v. Dominion Payroll Servs., LLC*, No. 3:16-cv-00777-MHL (E.D. Va. May 4, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
